# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 JUN 10 PM 5: 05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U.S.A. vs. RICKS MASON, III**          Docket No.    **2:02CR20303-01**

## Petition on Probation and Supervised Release

**COMES NOW** __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Ricks Mason, III__, who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis, TN__, on the 13th day of __June, 2003__, who fixed the period of supervision at __two (2) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of six (6) months. (Completed)

2. The defendant shall perform 250 hours of community service with inner city children.

3. The defendant shall pay a $1,000.00 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
**(If short insert here; if lengthy write on separate sheet and attach)**

Mr. Mason's overall response to supervision has been satisfactory, with the exception being his failure to pay his fine in full. Mr. Mason's lack of stable employment is believed to be the primary reason for his inability to satisfy this condition. To date, a total of $300.00 has been paid toward the fine. The outstanding balance is $700.00.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Mason's Probation be allowed to terminate as scheduled on June 12, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the fine.

### ORDER OF COURT

Considered and ordered this 10th day of June, 2005, and ordered filed and made a part of the records in the above case.

U. S. District Judge Bernice B. Donald

**Respectfully,**

Willie S. Williams, Jr.
Senior United States Probation Officer

Place: __Memphis, Tennessee__

Date: __June 8, 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:02-CR-20303 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT